## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JAMAR OSBORNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-3432-K |
| | § | |
| CITY OF DALLAS, TEXAS and | § | |
| PORSHA R. THOMAS | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Defendant City of Dallas' Rule 12(b)(6) Motion to Dismiss Plaintiff's Claims Alleged Against it, and Brief in Support (Doc. No. 33), and Defendant Porsha R. Thomas' Motion for Summary Judgment on Qualified Immunity and Judicial Immunity (Doc. No. 35) are hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED** with prejudice.

All other pending motions are hereby **DENIED** as moot.

**SO ORDERED.**

Signed December 11th, 2015.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE