IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMAR OSBORNE, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § No. 3:14-CV-3432-K-BF |
| | § |
| PORSHA R. THOMAS, | § |
| | § |
| Defendants. | § |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff Osbourne's Motion to Amend Final Judgment, filed on January 5, 2016 (doc. 62), and Plaintiff Osbourne's Verified Motion for New Trial, filed on January 9, 2016 are hereby **DENIED**. Plaintiff's Objections filed on March 15, 2016 are **OVERRULED**.

SO ORDERED

Signed April 11th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE